FILED

01/09/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0667

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0667

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CODY ANN CARAVEO

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 18, 2025, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 9 2025